UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASS FLO EFI, INC.,<br>      Plaintiff,<br><br>    v.<br><br>JEFFREY DUNNE, DUNNE RITE<br>PERFORMANCE, LLC, AND<br>DUNNE RITE PERFORMANCE, INC.,<br>      Defendants.<br>_____ | )<br>)<br>)<br>)   **CIVIL ACTION**<br>)   **NO. 13-cv-40059-DHH**<br>)<br>)<br>)<br>)<br>) |

**ORDER**
**January 2, 2014**

Hennessy, M.J.

     I enter this Order in response to the requests made by the parties in their joint status report (Document #20).

     First, pursuant to the parties' joint request for mediation by a District Judge or Magistrate Judge in this District, it is ordered that this matter be referred to a U.S. Magistrate Judge in this District for mediation.

     Second, pursuant to the parties' agreement that deferring decision on Defendants' Motion to Transfer Case from Massachusetts, (Document #12), would facilitate settlement, I will defer decision until I hear from the parties on or before April 1, 2014.

     Third, I order the parties to file a joint status report on or before April 1, 2014, addressing: (1) the status of settlement efforts; (2) the need for this Court to decide the now-deferred decision on Defendants' motion to transfer the case from this District to the Eastern District of Michigan; (3) the need for a status conference; and, (4) any other matter the parties believe merits the Court's attention.

     So ordered.

                                                         */s/David H. Hennessy*_____
                                                         David H. Hennessy
                                                         United States Magistrate Judge